NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NASSAR GROUP INTERNATIONAL N.G.I. S.A.L. (OFFSHORE) R.C., dba NGI Afghanistan for Contracting,**

*Appellant*

**v.**

**SECRETARY OF THE ARMY,**

*Appellee*

---

2023-1479

---

Appeal from the Armed Services Board of Contract Appeals in No. 58451, 59465, 59701, Administrative Judge Richard Shackleford, Administrative Judge James R. Sweet, Administrative Judge J. Reid Prouty.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2   NASSAR GROUP INTERNATIONAL V. SECRETARY OF THE ARMY

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 9, 2023
         Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 9, 2023